Frank V. Sullivan, Respondent, v. Julius Siegbert and Another, Appellants. — Order modified by further granting said motion as to item VII, and as so modified affirmed, without costs. The bill of particulars to be served within ten days from service of this order with notice of entry thereof. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

Indelli & Conforti Company, Appellant, v. Andrea Mercurio and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

Charles G. Aschman and Another, Copartners, etc., Respondents, v. Arnold Constable & Co., Inc., Appellant.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

Max Applebaum, Respondent, v. Nemours Trading Corporation, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within ten days after service of this order with notice of entry thereof. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

Mary Healy, Respondent, v. Eighth Avenue Railroad Company, Impleaded with Johanns Steamship Provision Co., Inc., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

Satirios Katsinadelis, Respondent, v. Joseph Goldberg and Another, Doing Business under the Firm Name and Style of Goldberg & Rosensweig, and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

Annie Riley Hale, Respondent, v. Simon O. Pollock and Another, Appellants. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

In the Matter of the Application of Libbie Siff, Respondent, for an Order of Mandamus for the Examination of the Books, Records, etc., of L. Margulies & Sons, Inc., Appellant. Bernard Margulies and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

Libbie Siff, Respondent, v. Bernard Margulies and Others, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.